# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Hearn, et al., <br>     Plaintiffs, <br><br> v. <br><br> Oriole Shipping, LLC, <br>     Defendant/Third-Party Plaintiff <br><br> v. <br><br> McAllister Towing and Transportation, Inc., <br>     Third-Party Defendant | CIVIL ACTION <br><br> NO. 17-2759 |

## ORDER RE: MOTION TO STRIKE THIRD-PARTY COMPLAINT AND STAY CONTRIBUTION OR INDEMNITY CLAIM PENDING ARBITRATION

**AND NOW**, this 27th day of March 2018, after review of Third-Party Defendants McAllister Towing and Transportation, Inc. and McAllister Towing of Philadelphia, Inc.'s Motion to Strike Oriole Shipping, LLC's Third-Party Claim for Indemnity or Contribution Pending Arbitration, (ECF 19), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED** without prejudice. Third Party Defendants' Motion to Stay Third-Party Plaintiff's Claim for Indemnity or Contribution Pending Arbitration (ECF 17) is **DENIED**.

                                                         **BY THE COURT:**

                                                         /s/ Michael M. Baylson

                                                         _____
                                                         **MICHAEL M. BAYLSON, U.S.D.J.**